IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TEIA HASSEY,

        Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

CV 05-1169-ST

JUDGMENT

STEWART, Magistrate Judge:

    Based on the record, it is ORDERED AND ADJUDGED that the Commissioner's final decision is affirmed and this case is dismissed.

    DATED this 21st day of December, 2004.

                      /s/ Janice M. Stewart____
                      Janice M. Stewart
                      United States Magistrate Judge

1 - JUDGMENT